UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARLA DEYOUNG, ET AL.

VERSUS

GREATER BATON ROUGE ASSOCIATION
OF REALTORS, INC, ET AL.

CIVIL ACTION

25-1-SDD-EWD

RULING

The Court has carefully considered the Motion,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated March 6 2026, to which an *Opposition*[3] was filed.  The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that the Motion to Dismiss the Amended Complaint for Failure to State a Claim filed by Defendants Greater Baton Rouge Association of REALTORS®, Inc.; New Orleans Metropolitan Association of REALTORS®, Inc.; Bayou Board of REALTORS®; Inc.; Greater Central Louisiana REALTORS® Association, Inc.; REALTOR® Association of Acadiana; Louisiana REALTORS®; Roam MLS, LLC; National Association of REALTORS®; and Kenneth Damann, is **GRANTED IN PART**, and that Plaintiffs' federal claims against them are **DISMISSED**, as follows:  Plaintiffs'

---

[1] Rec. Doc. 41.
[2] Rec. Doc. 62.
[3] Rec. Doc. 63.

claims under the Clayton Act, under Section 2 of the Sherman Act, and under the First Amendment of the United States Constitution are DISMISSED WITH PREJUDICE. Plaintiffs' claims against Kenneth Damann, under Section 1 of the Sherman Act, and under the Fair Housing Act are **DISMISSED WITHOUT PREJUDICE.** Plaintiffs shall have twenty-one (21) days to amend their complaint. Failure to timely amend shall result in dismissal of these claims with prejudice. Plaintiffs should not attempt to replead any federal claims that were dismissed with prejudice.

**IT IS FURTHER ORDERED** that evaluation of Plaintiffs' state law claims are DEFERRED.

Signed in Baton Rouge, Louisiana, on this 25TH day of March, 2026.

**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**